O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GOOD, | ) | Case No. CV 08-03944 DDP (AGRx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS CASE** |
| | ) | **SHOULD NOT BE DISMISSED FOR LACK** |
| v. | ) | **OF PERSONAL JURISDICTION** |
| | ) | |
| FUJI FIRE AND MARINE INSURANCE CO., LTD., NORIO SUGAWARE, TAKAYA HANADA, THE JAPANESE MINISTRY OF JUSTICE, THE JAPANESE FINANCIAL SERVICES AGENCY, THE JAPANESE MINISTRY OF TRANSPORTATION, THE NON-LIFE INSURANCE RATING ORGANIZATION OF JAPAN (SONGAIHOKEN RYOURITSU SANSHUTSU KIKOU SAPPORO BRANCH), | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 22, 2008, the Court dismissed Plaintiff Andrea Good's complaint against Fuji Fire and Marine Insurance Co., Ltd. for lack of personal jurisdiction, and alternatively on the grounds of *forum non conveniens*. Remaining as named defendants in this action are Norio Sugaware, Takaya Hanada, The Japanese Ministry of

Justice, The Japanese Financial Services Agency, The Japanese Ministry of Transportation, and the Non-Life Insurance Rating Organization of Japan.  The Complaint does not appear to contain allegations that would give rise to personal jurisdiction over the remaining defendants, all of whom are residents of Japan or departments of the Japanese Government. <u>See</u> Compl. at 3. There is no indication on the record that any of the remaining defendants have been served.

The Court is not convinced that it has personal jurisdiction over these remaining defendants or that these defendants have been served.  As such, the Court orders Plaintiff to show cause why this action should not be dismissed for lack of personal jurisdiction or for failure to serve.  The Court orders Plaintiff to file a brief, not to exceed ten pages, on or before November 10, 2008, to show cause why this action should not be remanded for failure to establish federal jurisdiction.  A hearing on this matter is set for Monday, December 1, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 23, 2008

_____
DEAN D. PREGERSON
United States District Judge

2